### GABOURY, ET AL. V. O'DWYER.

(Decided Feb. 5, 1908.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

RUSHTON & COLEMAN, for appellants. GEORGE STOWERS, for appellee.

Per curiam.—Appeal dismissed.

---

### GASTON V. CARRUTH.

(Decided July 2, 1907. Rehearing denied Dec. 19. 1907.

APPEAL from Limestone Chancery Court.

Heard before Hon. W. H. SIMPSON.

W. T. SANDERS, for appellant. W. R. WALKER, for appellee.

Appeal dismissed.

Opinion by TYSON, C. J.

All the justices concur.

---

### GHOLSTON V. THE STATE.

[Decided Jan. 16, 1908.]

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney-General for the State.

Affirmed.

Opinion by DOWDELL, J.

TYSON, C. J., ANDERSON and McCLELLAN, JJ., concur.

---

### HUMPHRIES V. THE STATE.

(Decided Dec. 19, 1907.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for the appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Affirmed. Opinion by ANDERSON, J.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.